MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
JOHN M. FOSTER,                  :
                                 :
                                 :
            Plaintiff,           :    STIPULATION AND ORDER
                                 :         OF REMAND
        - v. -                   :
                                 :    07 Civ. 6719 (CM)
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that this action

be, and hereby is, remanded to the Commissioner of Social Security,

pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
      November 30, 2007

By: _____
DAVID KUZNICKI, ESQ.
Attorney for plaintiff
2 Rector Street, Suite 2104
New York, New York 10006
Telephone No. (212) 619-3892

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street – 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-2712

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE