MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
                                :
JOHN M. FOSTER,                 :
                                :
             Plaintiff,         :    STIPULATION AND ORDER
                                :
                                :    07 Civ. 6719 (CM)
     - v. -                     :
                                :
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
             Defendant.         :
- - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant shall pay David Kuznicki, Esq., the sum of seven hundred fifty-two dollars ($752.00) in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and three-hundred and fifty dollars ($350.00) in costs, in full satisfaction of any and all claims for attorney's fees and costs in connection with this action.

Copies mailed/faxed/handed to counsel on 2/7/08

IT IS FURTHER STIPULATED AND AGREED, that this action is hereby dismissed with prejudice and the clerk is directed to enter judgment.

Dated: New York, New York
       January 31, 2008

DAVID KUZNICKI, ESQ.
Attorney for Plaintiff
2 Rector Street, Suite 2104
New York, New York  10006
Telephone No.: (212) 619-3892

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street – 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov

SO ORDERED:
_____
UNITED STATES DISTRICT JUDGE

2-6-08