UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN M. FOSTER,

                Plaintiff,                      07 CIVIL 6719 (CM)

    -against-                                **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.
------------------------------------------------------------X

      Whereas the parties having stipulated that defendant shall pay David Kuznicki, Esq., the sum of $752.00 in attorney's fees and $350.00 in costs, in full satisfaction of any or all claims for attorney's fees and costs in connection with this action, and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on February 6, 2008, having rendered its Order directing the Clerk of the Court to enter judgment dismissing the action with prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 6, 2008, this action is dismissed with prejudice.

**Dated:** New York, New York
           February 8, 2008                    J. MICHAEL McMAHON
                                                                 Clerk of Court
                                             BY:
                                                                 Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____